THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE:                                                §
                                                      §
CHALNA MARIE BLAIR                                    §          CASE NO.  25-41095-R
XXX-XX-6704                                           §
3420 S DALLAS PKWY #103                               §          CHAPTER 13
CELINA, TX  75009                                     §
                                                      §
                                                      §
DEBTOR                                                §


MOTION TO DISMISS AND SETTING HEARING


**THE TRUSTEE REQUESTS THE COURT TO SET THIS MOTION FOR HEARING
ON April 07, 2026, AT 09:32 am AS FOLLOWS:**

**THE MOTION TO DISMISS HEARING WILL BE HELD TELEPHONICALLY.
TO OBTAIN THE DIAL IN INFORMATION FOR THIS HEARING,
PLEASE EMAIL ECRO_PLANO@TXEB.USCOURTS.GOV AT LEAST 48 HOURS PRIOR TO THE HEARING**


COMES NOW Carey D. Ebert, and files this Motion to Dismiss and Setting Hearing in the above numbered and styled proceeding, and for cause would show the Honorable Court as follows:

The Debtor has unreasonably delayed the case because the Debtor has failed to make Chapter 13 plan payments as required by 11 USC §1326(a)(1).  Failure to perform this duty constitutes an unreasonable delay by the Debtor that is prejudicial to creditors under 11 USC §1307(c)(1), and thus represents further cause for dismissal.

WHEREFORE, PREMISES CONSIDERED, Carey D. Ebert, prays that this case be dismissed for cause and for such other and further relief to which she may be entitled.


Respectfully submitted,

/s/ H. Jefferson LeForce
Carey D. Ebert, TBN 05332500
H. Jefferson LeForce, TBN 00791094
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580
ch13plano@ch13plano.com


PLA_Motion_Dismiss_underfunded  (09/17/25)

CERTIFICATE OF SERVICE

This is to certify the foregoing has been served on: (a) the parties listed below by either first class mail, the Court's electronic filing system (ECF), or by electronic means the recipient has consented to in writing; (b) all other parties receiving ECF notice; and (c) on any other party as listed in any additional certificate of service filed in connection with this pleading.

CHALNA MARIE BLAIR
3420 S DALLAS PKWY #103
CELINA, TX  75009

Dated:  February 23, 2026          /s/ H. Jefferson LeForce
                                   Office of the Standing Chapter 13 Trustee

PLA_Motion_Dismiss_underfunded  (09/17/25)